UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STANLEY MARCUS GALYEAN,

                Plaintiff,

   v.

ONE WEST F.S.B., F/K/A INDYMAC FEDERAL BANK,

                Defendant.

Case No. C10-827 MJP

**ORDER OF DEFAULT**

     This matter comes before the Court on Plaintiff's motion for entry of default. (Dkt. No. 9.) Having reviewed the motion and all papers attached thereto, the Court GRANTS the motion. Plaintiff filed his complaint on May 20, 2010. (Dkt. No. 5.) Plaintiff filed a proof of service on June 18, 2010, showing service upon Routh Crabtree Olsen P.S. on May 27, 2010. (Dkt. No. 7.) From the documents submitted, service was proper as it appears Routh Crabtree Olsen P.S. is an agent of Defendant. Twenty-one days have passed since service and Defendant filed no appearance or responsive document as required. See Fed. R. Civ. P. 12(a)(1)(A). As such Plaintiff is entitled to entry of default against Defendant. See Fed. R. Civ. P. 55(a). The Court enters default against Defendant.

     Plaintiff's motion to compel entry of default is DENIED as MOOT. This order grants Plaintiff the same relief he seeks in the motion to compel. (Dkt. No. 10.)

1  The Clerk shall transmit a copy of this Order to all pro se parties and counsel of record,
2  and transmit a copy to Routh Crabtree Olson P.S.
3   Dated this 7th day of August, 2010.

4

5

6  _____
   Marsha J. Pechman
7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26